## 15967. PHILLIPS *et al. v.* THE STATE.

A verdict approved by the trial judge will not be disturbed by this court because of alleged insufficiency of evidence, when supported by any evidence.

DECIDED DECEMBER 9, 1924.

Conviction of manslaughter; from Toombs superior court —Judge Hardeman. August 29, 1924.

*Saffold & Sharpe,* for plaintiffs in error.

*Walter F. Grey, solicitor-general,* contra.

BLOODWORTH, J. The motion for a new trial in this case contains no special grounds. The verdict has the approval of the trial judge, and we can not say that there is no evidence to support it. Applications for new trial on the ground that the verdict is contrary to the evidence are addressed to a sound legal discretion to be exercised by the trial judge. When this discretion has been exercised and the motion for a new trial overruled, this court will not interfere, if there is any evidence which would justify the jury in reaching the conclusion set forth in the verdict. This is true even in cases where the evidence might be described as weak, unsatisfactory, and doubtful. The wisdom and discretion of the trial judge are sufficient for this court to endorse his judgment in cases of this character. *Terrell* v. *State, 29 Ga. App.* 285 (114 S. E. 909).

*Judgment affirmed. Broyles, C. J., and Luke, J., concur.*

---

## 15968. GREAT UNION FIRE & MARINE INSURANCE COMPANY *v.* Cox.

BROYLES, C. J. This was an action in trover to recover an automobile. The evidence offered to show title, or the right of possession, in the plaintiff was hearsay and of no probative value, and the court did not err in directing a verdict for the defendant. No ruling upon the admissibility of evidence requires another hearing of the case.

*Judgment affirmed. Luke and Bloodworth, JJ., concur.*

DECIDED DECEMBER 9, 1924.

Trover; from Dawson superior court—Judge J. B. Jones. August 5, 1924.

*E. Smythe Gambrell, E. C. Brannon, Underwood, Pomeroy & Haas,* for plaintiff.

*Boyd Sloan,* for defendant.